William W. Rope et. al., Respondents, *v.* Eva Hess, Impleaded, etc., Appellant.

(Argued December 5, 1889; decided December 20, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

This action was brought to enforce certain alleged mechanics' liens on premises owned by defendant Eva Hess. It appears that before the filing of the liens the appellant paid the contractor who had erected a house upon her premises in full for the work. The respondents claimed, and gave evidence tending to show, that the husband of the appellant acted as her agent in all matters regarding the work, and proved conversations with him tending, as they claimed, to show that the last payment was made in violation of an express promise on

his part, in bad faith, by collusion and in violation of the rights of the lienors. The appellant denied the agency of her husband, and called him as a witness, and by proper and appropriate questions sought to elicit testimony in support of her contention. These were objected to, and objection sustained. *Held*, error.

*George H. Yeomans* for appellant.

*F. P. Bellamy* for respondent Rope.

*W. S. Packer* for respondents King and Adams.

*I. N. Sievwright* for respondent MacDonald.

*J. N. Beattie* for respondent Haas.

*George C. Case* for respondent Self.

PARKER, J., reads for reversal.
All concur.
Judgment reversed.